IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| STANTON J. SMITH, <br><br> Plaintiff, <br><br> v. <br><br> CIGNA BEHAVIORAL HEALTH, INC., <br><br> Defendant. | Case No. 3:09-cv-00288-MR-DSC |

## ORDER

This Court, having considered the Joint Motion to Seal filed by Plaintiff, Stanton J. Smith, M.D. ("Plaintiff") and Defendant, CIGNA Behavioral Health, Inc. ("Defendant" and collectively with Plaintiff, the "Parties"), and for good cause appearing, it is:

HEREBY ORDERED that the Parties' Motion is GRANTED; and it is

HEREBY ORDERED that all documents filed with the Court in this matter, including the Parties' pleadings, motions and related documents, be and hereby are SEALED until the Court Orders otherwise.

**SO ORDERED.**

Signed: July 29, 2009

_____
David S. Cayer
United States Magistrate Judge

EAST\42506713.1
EAST\42517163.1